# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | |
|---|---|
| **PROTRADENET LLC** §<br>§<br>*Plaintiff.* §<br>§<br>v. §<br>§<br>**PREDICTIVE PROFILES, INC.** §<br>§<br>§<br>*Defendant.* § | **Consolidated**<br>**Civil Action No. 6:18-CV-38-ADA** |

| | |
|---|---|
| **PREDICTIVE PROFILES, INC.** §<br>§<br>*Plaintiff,* §<br>§<br>v. §<br>§<br>**PROTRADENET, LLC AND DWYER** §<br>**FRANCHISING, LLC,** §<br>§<br>*Defendants.* § | |

## PROTRADENET AND DWYER'S PRETRIAL DISCLOSURES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW PROTRADENET LLC AND DWYER FRANCHISING LLC and file this their Pretrial Disclosures pursuant to this Court's Amended Scheduling Order (ECF 58), Local Rule CV 16-2(e) and this Court's Text Order of October 2, 2019.

1.    **A List of Stipulated Facts**

At the time of the filing of this disclosure, the parties have not stipulated to any facts. However, based on the pre-trial filings being exchanged by the parties, PTN and Dwyer intend to request conference with Predictive regarding Findings of Fact exchanged and determine what facts can be stipulated, thus allowing a joint advising to the Court of such in advance of the pre-trial hearing.

2.      **An Appropriate Identification of Each Exhibit**

PTN and Dwyer's Exhibit List is attached as Exhibit A. Per this Court's Jury Evidence Recording System (JERS) Requirements, PTN and Dwyer will submit the electronic versions of the documents in Exhibit A in proper form on October 16, 2019. All exhibits listed on Exhibit A have either been produced in discovery or filed with the Court. Accordingly, they are identified by bates number or ECF number.

3.      **Witness List**

PTN and Dwyer's Witness List is attached as Exhibit B.

4.      **Witnesses to be Presented by Deposition Testimony**

Not applicable.

5.      **Proposed Findings of Fact and Conclusions of Law**

PTN and Dwyer's Proposed Findings of Fact and Conclusions of Law are attached as Exhibit C.

6.      **Estimated Probable Length of Trial**

PTN and Dwyer anticipate that trial can be conducted in two (2) days.

Respectfully submitted,

_/s/  Jim Dunnam_
Jim Dunnam
State Bar No. 06258010
Andrea Mehta
State Bar No. 24078992
DUNNAM & DUNNAM, L.L.P.
4125 West Waco Drive
Waco, Texas 76710
Telephone: (254) 753-6437
Facsimile: (254) 753-7434
jimdunnam@dunnamlaw.com
andreamehta@dunnamlaw.com

and

Victor C. Johnson
State Bar No. 24029640
VJohnson@dykema.com
DYKEMA GOSSETT PLLC
1717 Main Street, Suite 4200
Dallas, Texas 75201
(214) 462-6400 – Telephone
(214) 462-6401 - Facsimile

ATTORNEYS FOR PROTRADENET AND
DWYER

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has been sent via the Court's electronic filing system to counsel for Predictive Profiles on October 4, 2019.

_/s/  Jim Dunnam_
Jim Dunnam