# EXHIBIT A

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **PROTRADENET, LLC** | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Consolidated<br>Civil Action No. 6:18-CV-38-ADA |
| **PREDICTIVE PROFILES, INC.** | § § § | |
| *Defendant.* | § | |

| | | |
|---|---|---|
| **PREDICTIVE PROFILES, INC.** | § § | |
| *Plaintiff,* | § § § | |
| v. | § § § | |
| **PROTRADENET, LLC AND DWYER FRANCHISING, LLC,** | § § § | |
| *Defendants.* | § | |

### PROTRADENET AND DWYER'S NOTICE OF TRIAL WITNESSES[1]

Pursuant to this Court's Amended Scheduling Order (ECF 58) and this Court's Order of October 2, 2019, ProTradeNet and Dwyer, parties herein, serve this their Notice of Trial Witnesses:

| Witness | Will Call | May Call |
|---|---|---|
| Jim Dunnam | | X |
| Mary Thompson | X | |
| Charles North | X | |
| Craig Gjelsten | | X |
| Luke Stanton | X | |
| Matt Kunz | X | |
| Dusty Shaw | | X |
| David Arns | | X |
| Lee Downing | | X |
| Colin Nellis | | X |

---

[1] Contact information was previously provided with ProTradeNet LLC and Dwyer Franchising, LLC's initial disclosures and therefore is not repeated here. See Fed. R. Civ. P. 26(a)(3)(A)(i).

| | | |
|---|---|---|
| John DeShane | | X |
| Cindy Praesel | | X |
| Stuart Kauder | | X |
| Pam Paes | | X |
| Scott Kern | | X |
| Stacey Casey | X | |
| Mike Pizzuti | | X |
| Jake Elgin | | X |
| Jay Van Deusen | X | |
| Claude Odum | | X |
| Joel Christiansen | | X |
| Kris Brower | | X |
| Rebecca Hill | | X |
| Larry Owens | | X |
| Carrie Gosch | | X |
| Heather Rickards | | X |
| Dan Dycus | | X |
| Eric Ferrigno | | X |
| Jeremy Linville | | X |
| Clay Barnes | | X |
| Mark Borchin | | X |
| Anthony (Tony) Kott | | X |
| Carla Bainbridge | X | |
| Cathy Johnson | | X |

ProTradeNet and Dwyer reserve the right to elicit testimony from persons designated and called by Predictive and further express their intention to possibly call any witnesses of the other parties.

ProTradeNet and Dwyer further reserve the right to call any witnesses previously disclosed in response to disclosures and any rebuttal witness(es) whose testimony cannot be reasonably anticipated.

Respectfully submitted,

/s/Jim Dunnam
JIM DUNNAM
State Bar No. 06258010
jimdunnam@dunnamlaw.com
ANDREA MEHTA
State Bar No. 24078992
andreamehta@dunnamlaw.co
DUNNAM & DUNNAM LLP
4125 West Waco Drive
Waco, Texas 76714-8418
Telephone (254) 753-6437
Facsimile (254) 753-7434

and

VICTOR C. JOHNSON
State Bar No. 24029640
VJohnson@dykema.com
DYKEMA GOSSETT PLLC
1717 Main Street, Suite 4200
Dallas, Texas 75201
(214) 462-6400 – Telephone
(214) 462-6401 - Facsimile

Attorneys for ProTradeNet LLC and Dwyer Franchising, LLC

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has been filed by ECF and sent to counsel of record via electronic notification on October 4, 2019.

/s/Jim Dunnam
Jim Dunnam