# EXHIBIT B

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **PROTRADENET LLC** | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Consolidated<br>Civil Action No. 6:18-CV-38-ADA |
| **PREDICTIVE PROFILES, INC.** | § § § | |
| *Defendant.* | § | |

| | | |
|---|---|---|
| **PREDICTIVE PROFILES, INC.** | § § § | |
| *Plaintiff,* | § § | |
| v. | § § § | |
| **PROTRADENET, LLC AND DWYER FRANCHISING, LLC,** | § § § | |
| *Defendants.* | § | |

### PROTRADENET AND DWYER'S NOTICE OF TRIAL EXHIBITS

Pursuant to this Court's Amended Scheduling Order (ECF 58) and this Court's Order of October 2, 2019, PTN and Dwyer, parties herein, serves this their Notice of Trial Exhibits:

| Exhibit | Bates Stamp No. / Identifier | Will Use | May Use |
|---|---|---|---|
| P 1 | PTN001715 | X | |
| P 2 | PP_02827 – PP_02828 | X | |
| P 3 | PP_01152 – PP_01155 | X | |
| P 4 | PTN002428 – PTN002431 | X | |
| P 5 | PP_01303 – PP_01304 | X | |
| P 6 | PTN002503 | X | |
| P 7 | PTN000857 – PTN000859 | X | |
| P 8 | PP_00960 – PP_00963 | X | |
| P 9 | PP_01088 – PP_01092 | X | |
| P 10 | PP_01774 – PP_01777 | X | |
| P 11 | PP_02725 | X | |
| P 12 | PP_02727 – PP_02735 | X | |
| P 13 | PP_02244 – PP_02246 | X | |

| | | | |
|---|---|---|---|
| P 14 | PP_01141 – PP_01142 | X | |
| P 15 | PP_01212 – PP_01216 | X | |
| P 16 | PTN002444 – PTN002446 | X | |
| P 17 | PTN002583 | X | |
| P 18 | PP_01252 – PP_01254 | X | |
| P 19 | PP_02707 – PP_02710 | X | |
| P 20 | PP_01444 – PP_01446 | X | |
| P 21 | PP_01260 – PP_01261 | X | |
| P 22 | PP_02219 – PP_02221 | X | |
| P 23 | PTN000021 – PTN000023 | X | |
| P 24 | PTN002143 – PTN002144 | X | |
| P 25 | PTN002188 – PTN002190 | X | |
| P 26 | PP_01818 – PP_1827 | X | |
| P 27 | PP_01781 – PP_01783 | X | |
| P 28 | PTN001722 – PTN001725 | X | |
| P 29 | PP_01266 – PP_01269 | X | |
| P 30 | PP_01075 – PP_01078 | X | |
| P 31 | PTN002216 – PTN002217 | X | |
| P 32 | PP_01869 – PP_01876 | X | |
| P 33 | PP_01912 – PP_01922 | X | |
| P 34 | PTN000166 – PTN000169 | X | |
| P 35 | ECF 79-1 | X | |
| P 36 | ECF 42 | X | |
| P 37 | ECF 70 | X | |
| P 38 | PP_01093 – PP_01099 | X | |
| P 39 | PTN001726 | X | |
| P 40 | PP_00968 – PP_000974 | X | |
| P 41 | PP_01093 – PP_01099 | X | |
| P 42 | PTN001724 | X | |
| P 43 | PTN007126 | X | |
| P 44 | PTN002434 | X | |
| P 45 | PTN002540 | X | |
| P 46 | PP_01794 – PP_01802 | X | |
| P 47 | PP_00144 – PP_00149 | X | |
| P 48 | PP_02722 | X | |
| P 49 | PP_00814 | X | |
| P 50 | PP_02092 – PP_02098 | X | |
| P 51 | PP_01837 – PP_01842 | X | |
| P 52 | PTN002768 | X | |
| P 53 | PTN002769 | X | |
| P 54 | PTN002770 | X | |
| P 55 | PTN002772 | X | |
| P 56 | PTN002778 | X | |
| P 57 | PTN002779 – PTN002780 | X | |
| P 58 | PTN002781 – PTN002782 | X | |
| P 59 | PTN002783 – PTN002784 | X | |

| | | | |
|---|---|---|---|
| P 60 | PTN002785 – PTN002786 | X | |
| P 61 | ECF 70-10 | X | |
| P 62 | PTN000170 | X | |
| P 63 | ECF 85-1 at 186-92 (Trademark Registrations – MDG) | X | |
| P 64 | ECF 85-1 at 193 (Trademark Registration – MRE) | X | |
| P 65 | ECF 85-1 at 194 (Trademark Registration – MRA) | X | |
| P 66 | ECF 85-1 at 195 (Trademark Registration – MRR) | X | |
| P 67 | ECF 85-1 at 196 (Trademark Registration – ASV) | X | |
| P 68 | ECF 85-1 at 197 (Trademark Registration – RBW) | X | |
| P 69 | ECF 85-1 at 199-200 (Trademark Registration – WDG) | X | |
| P 70 | ECF 85-1 at 201-02 (Trademark Registration – FSP) | X | |
| P 71 | ECF 85-1 at 198 (Trademark Registration – GUY) | X | |
| P 72 | ECF 23-1 at 8-13 (Distributor Vendor Relations Agreement) | X | |
| P 73 | ECF 23-1 at 15-17 (Correspondence) | X | |
| P 74 | ECF 23-1 at 19 (Notice to Terminate) | X | |
| P 75 | ECF 23-1 at 21-22 (Correspondence) | X | |
| P 76 | ECF 23-1 at 24-68 (Screenshots and Domain Registrations) | X | |
| P 77 | ECF 23-1 at 70-81 (Screenshots of Application Process and Websites) | X | |
| P 78 | ECF 23-1 at 83-90 (Franchisee Complaints) | X | |
| P 79 | ECF 23-1 at 92-94 (Screenshots of E-mails) | X | |
| P 80 | ECF 27-1 at 2-7 (Franchisee Complaints) | X | |
| P 81 | ECF 27-2 at 2 (Screenshot of Google Search) | X | |
| P 82 | ECF 27-3 at 2-5 (Screenshots of Applyat Sites) | X | |
| P 83 | ECF 11-4 at 2 (Screenshot of Bainbridge E-mail) | X | |
| P 84 | PP_02694 – PP_02696 | X | |
| P 85 | ECF 76-4 at 2-4 (Letter from Adam Soffer to Grayson Brown) | X | |
| P 86 | ECF 76-5 at 2 (Response to Adam Soffer from Jim Dunnam) | X | |
| P 87 | ECF 80-1 at 2-3 (Screenshot of Applyat site and Google Search August 29, 2019) | X | |
| P 88 | ECF 80-2 at 2 (Screenshot of Rainbow International Career Site) | X | |
| P 89 | ECF 80-3 at 2-6 (Screenshots of Applyat site dated August 29, 2019) | X | |
| P 90 | ECF 85-1 at 184 (Screenshot of work at Window Genie site dated August 13, 2019) | X | |
| P 91 | ECF 63-1 (Declaration of Carla Bainbridge) | X | |
| P 92 | Exhibit 1 to the Expert Report of Dr. Charles North (Curriculum Vitae) | X | |
| P 93 | Exhibit 4 to the Expert Report of Dr. Charles North (Relevant Dwyer Trademark Registrations) | X | |
| P 94 | Exhibit 5 to the Expert Report of Dr. Charles North (Total Advertising by Brand for 2018) | X | |

| | | | |
|---|---|---|---|
| P 95 | Exhibit B to PTN and Dwyer's Second Supplemental Initial Disclosures (Financial Advertising Statements referenced in the Expert Report of Dr. Charles North) | X | |
| P 96 | Expert Report of Dr. Charles North | X | |
| P 97 | Timeline for Demonstrative Purposes (attached to the Declaration of Mary Thompson, ECF 86-1 at 7-15) | X | |

Respectfully submitted,

  /s/  Jim Dunnam
Jim Dunnam
State Bar No. 06258010
Andrea Mehta
State Bar No. 24078992
DUNNAM & DUNNAM, L.L.P.
4125 West Waco Drive
Waco, Texas 76710
Telephone: (254) 753-6437
Facsimile: (254) 753-7434
jimdunnam@dunnamlaw.com
andreamehta@dunnamlaw.com

and

Victor C. Johnson
State Bar No. 24029640
VJohnson@dykema.com
DYKEMA GOSSETT PLLC
1717 Main Street, Suite 4200
Dallas, Texas 75201
(214) 462-6400 – Telephone
(214) 462-6401 - Facsimile

ATTORNEYS FOR PROTRADENET AND DWYER

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has been sent via the Court's electronic filing system to counsel for Predictive Profiles on October 4, 2019.

  /s/  Jim Dunnam
Jim Dunnam