UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

PROTRADENET, LLC § 
 § CIVIL NO:
vs. § WA:18-CV-00038-ADA
 § 
PREDICTIVE PROFILES, INC. § 

## **LIST OF WITNESSES**

| **FOR PLAINTIFF** | **FOR DEFENDANT** |
|---|---|
| 1. Mary Thompson | 1. Carla Bainbridge |
| 2. Matthew Kunz | 2. |
| 3. Jay Van Deusen | 3. |
| 4. Charles Mark North | 4. |
| 5. Stacey Casey | 5. |
| 6. Luke Stanton | 6. |
| 7. Craig Gjelsten | 7. |
| 8. Carla Bainbridge | 8. |
| 9. | 9. |
| 10. | 10. |
| 11. | 11. |
| 12. | 12. |
| 13. | 13. |
| 14. | 14. |
| 15. | 15. |